Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

David Israel (Admitted *Pro Hac Vice*)
di@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLP
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone:  503) 828-3700
Facsimile:  503) 828-3737

Albert R. Limberg (Admitted *Pro Hac Vice*)
alimberg@session-law.biz
Sessions, Fishman, Nathan & Israel, LLP
3667 Voltaire Street
San Diego, California 92106
Telephone:  619) 758-1891
Facsimile:  619) 222-3667

Attorneys for Defendant NCO Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY WALLACE, and CHIP WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC., and NATALIE "DOE"<br><br>    Defendants. | Case No. CV-08-834 KI<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**                672409
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

IT IS HEREBY STIPULATED that all of plaintiffs' claims in this matter shall be dismissed with prejudice and without costs and attorney fees to any party.

/s/ William R. Goode                     January 29, 2009
William R. Goode                          Date
Of Attorneys for Plaintiffs

COSGRAVE VERGEER KESTER LLP


/s/ Robert E. Sabido                     January 29, 2009
Robert E. Sabido                          Date
Attorney for Defendant
NCO Financial Systems, Inc.

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiffs' claims in this matter are dismissed with prejudice and without costs and attorney fees to any party.

DATED: January ___, 2009

_____
Garr M. King
United States Judge

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**                 672409
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

William R. Goode
PO Box 250
Glen Mills, PA 19342
    Attorney for Plaintiffs

    DATED: January 29, 2009

    /s/ Robert E. Sabido
    Robert E. Sabido

Page 1 -  **CERTIFICATE OF SERVICE**                                       672409

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000