Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

FILED'09 FEB 03 14:24 USDC-ORP

David Israel (Admitted *Pro Hac Vice*)
di@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLP
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone:   503) 828-3700
Facsimile:   503) 828-3737

Albert R. Limberg (Admitted *Pro Hac Vice*)
alimberg@session-law.biz
Sessions, Fishman, Nathan & Israel, LLP
3667 Voltaire Street
San Diego, California 92106
Telephone:   619) 758-1891
Facsimile:   619) 222-3667

Attorneys for Defendant NCO Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY WALLACE, and CHIP WALLACE, | Case No. CV-08-834 KI |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| NCO FINANCIAL SYSTEMS, INC., and NATALIE "DOE" | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

Page 1 -   **STIPULATED JUDGMENT OF DISMISSAL**           672409
COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

IT IS HEREBY STIPULATED that all of plaintiffs' claims in this matter shall be dismissed with prejudice and without costs and attorney fees to any party.

/s/ William R. Goode  
William R. Goode  
Of Attorneys for Plaintiffs

January 29, 2009  
Date

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido  
Robert E. Sabido  
Attorney for Defendant  
NCO Financial Systems, Inc.

January 29, 2009  
Date

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiffs' claims in this matter are dismissed with prejudice and without costs and attorney fees to any party.

DATED: February 2, 2009

_____  
Garr M. King  
United States Judge

Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**

672409

COSGRAVE VERGEER KESTER LLP  
Attorneys  
805 SW Broadway, 8th Floor  
Portland, OR 97205  
(503) 323-9000